UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNIKA L. TOLLIVER-CROMWELL, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, *Michael J. Astrue*, <br><br> Defendant, <br><br> v. <br><br> SSAOGC, <br><br> Interested Party. | Case No. 09-cv-303-JPG |

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision thereon,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of the Commissioner of Social Security, Michael J. Astrue, to deny Plaintiff Kennika Tolliver-Cromwell's application for disability benefits and supplemental security income is affirmed.

**NANCY ROSENSTENGEL, CLERK**

**Date: October 18, 2010**                              s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert             EOD: 10/18/10
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**